# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 23-0864V

| | |
|---|---|
| JUDY MCMAHON,<br><br>                  Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                  Respondent. | Chief Special Master Corcoran<br><br><br>Filed: October 23, 2024 |

*Bridget Candace McCullough, Muller Brazil, LLP, Dresher, PA, for Petitioner.*

*Mary Novakovic, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION ON DAMAGES[1]

On June 9, 2023, Judy McMahon filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[1] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as the result of an influenza ("flu") vaccine received on September 13, 2021. Petition (ECF No. 1). The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 11, 2024, a Ruling on Entitlement was issued, finding Petitioner entitled to compensation for a SIRVA. On October 21, 2024, Respondent filed a Proffer on award of compensation ("Proffer"). Respondent represented that Petitioner agrees with the proffered award. *Id.* at 2. Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the Proffer, I award the following compensation:

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

**A lump sum of $87,912.76 (representing $87,500.00 for pain and suffering, and $412.76 for past unreimbursable expenses) in the form of a check payable to Petitioner.** Proffer at 2. This amount represents compensation for all damages that would be available under Section 15(a). *Id.*

The Clerk of Court is directed to enter judgment in accordance with this decision.[2]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[2] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

JUDY MCMAHON,

        Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

        Respondent.

No. 23-864V
Chief Special Master Corcoran
ECF

## RESPONDENT'S PROFFER ON DAMAGES

On June 9, 2023, Judy McMahon ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that she suffered a Table shoulder injury related to vaccine administration ("SIRVA"), as the result of an influenza ("flu") vaccination received on March 3, 2022. Petition at 1. On May 15, 2024, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report arguing that this case was not appropriate for compensation. ECF No. 19. On July 25, 2024, the Chief Special Master issued Findings of Fact and Conclusions of Law in favor of petitioner. ECF No. 20. On September 4, 2024, respondent filed an Amended Rule 4(c) Report declining to continue to defend and requesting a ruling on entitlement. ECF No. 22. On September 11, 2024, the Chief Special Master issued a Ruling on Entitlement finding petitioner was entitled to compensation. ECF No. 23.[1]

---

[1] Respondent maintains his right to seek review of the Findings of Fact and Conclusions of Law and the Ruling on Entitlement.

I.      **Items of Compensation**

    A.  Pain and Suffering

Respondent proffers that petitioner should be awarded $87,500.00 in pain and suffering.

*See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

    B.  Past Unreimbursable Expenses

Evidence supplied by petitioner documents that she incurred past unreimbursable expenses

related to her vaccine-related injury.  Respondent proffers that petitioner should be awarded past

unreimbursable expenses in the amount of $412.76.  *See* 42 U.S.C. § 300aa-15(a)(1)(B).  Petitioner

agrees.

These amounts represent all elements of compensation to which petitioner is entitled under

42 U.S.C. § 300aa-15(a).  Petitioner agrees.

II.     **Form of the Award**

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respondent recommends that the compensation provided to petitioner should be made through a

lump sum payment as described below and requests that the Chief Special Master's decision and

the Court's judgment award the following[2]:  a lump sum payment of $87,912.76 in the form of a

check payable to petitioner.

III.    **Summary of Recommended Payments Following Judgment**

Lump sum payable to petitioner, Judy McMahon:                    **$87,912.76**

                         Respectfully submitted,

                         BRIAN M. BOYNTON
                         Principal Deputy Assistant Attorney General

---

[2]  Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future lost earnings and future pain and suffering.

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

COLLEEN C. HARTLEY
Assistant Director
Torts Branch, Civil Division

/s/ Mary Novakovic
MARY NOVAKOVIC
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel: (202) 616-2879
Email: Mary.E.Novakovic@usdoj.gov

Date:  October 21, 2024

3